MINNA NIEMAN et al., Appellants, *v.* THE CITY OF NEW YORK, Respondent.

(Argued June 10, 1931; decided July 15, 1931.)

*Sidney J. Feltenstein* for appellants.

*Arthur J. W. Hilly, Corporation Counsel* (*J. Joseph Lilly, Willard S. Allen* and *Edward A. Gobel* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CRANE, J.